UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-2064-MWF(PJWx)**                 Dated: **May 22, 2017**

Title:      Adelfo Cerame, Jr. -v- Kirby Manor Corp., et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
|---|---|
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                        None Present

PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE

     In light of the Notice of Settlement filed May 19, 2017, the Court sets a hearing on Order To Show Cause Re Dismissal for **June 26, 2017 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

     **IT IS SO ORDERED.**

MINUTES FORM 90                                        Initials of Deputy Clerk  __cw__
CIVIL - GEN